UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                CASE NO.: 16-14992-BKC-AJC
                                                                      Chapter 7
**RICHARD DAVID SHAN,**

      Debtor.                    /

## NOTICE OF UNAVAILABILITY

**NOTICE IS HEREBY GIVEN** that the undersigned counsel for Chapter 7 Trustee, Joel L. Tabas, will be absent from the jurisdiction and unavailable from **July 5, 2016** through **July 22, 2016,** and therefore, requests that no hearings, depositions, discovery matters of any kind, trials or other proceedings that would require his appearance be set during his absence.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice was served on June 7, 2016, via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the Debtor:

Richard David Shan
20141 NE 21st Avenue
Miami, FL 33179

                              Respectfully submitted,

                              /s/ Joel L. Tabas
                              Joel L. Tabas
                              Florida Bar No. 516902
                              Tabas, Freedman & Soloff, P.A.
                              *Attorneys for the Chapter 7 Trustee*
                              One Flagler Building
                              14 Northeast First Avenue - Penthouse
                              Miami, Florida 33132
                              Telephone:    (305) 375-8171
                              Facsimile:     (305) 381-7708
                              jtabas@tabasfreedman.com