

ORDERED in the Southern District of Florida on October 21, 2016.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                        Case No.: 16-14992-AJC

RICHARD DAVID SHAN,                          Chapter 7

      Debtor.
_____/

**ORDER DENYING DEBTOR'S (I) OBJECTION TO THE TARTELL GROUP'S SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM SERVED ON JOEL L. TABAS, CHAPTER 7 TRUSTEE, AND (II) MOTION TO QUASH AND FOR PROTECTIVE ORDER IN CONNECTION WITH <u>THE TARTELL GROUP'S SUBPOENA</u>**

**THIS CAUSE** came before the Court on October 18, 2016 at 10:30 a.m., upon the *Debtor's (i) Objection to the Tartell Group's Subpoena for Rule 2004 Examination Duces Tecum Served on Joel L. Tabas, Chapter 7 Trustee, and (ii) Motion to Quash and for Protective Order in Connection with the Tartell Group's Subpoena* [ECF No. 74] (the "Motion"), and the Court, having heard arguments from counsel, and for the reasons set forth on the record, it is

**ORDERED** as follows:

1.    The Motion is **DENIED**.

2. The documents requested in the subpoena are to be turned over to the Tartell Group by the Trustee, subject to the terms of this Order.

3. Prior to delivering the documents to the Tartell Group, the Trustee shall redact all of the Debtor's personally identifiable information, including without limitation, social security numbers and bank account numbers, contained in the responsive documents to be produced by the Trustee.

4. The Tartell Group are not entitled to any documents identified by the Debtor as being solely related to the Debtor's non-filing spouse and unrelated to the Debtor's financial condition or any documents reflecting information for the post-petition period. The Debtor shall identify such documents prior to the Trustee's delivery of the documents to the Tartell Group.

5. All documents produced by the Trustee in response to the Tartell Group's Subpoena shall be kept confidential. Jodi Tartell ("Ms. Tartell") and her counsel shall be the sole representatives of the Tartell Group permitted to see the documents or to know their contents. Ms. Tartell and her counsel shall not disclose the documents in any manner or form, directly or indirectly, to any person or entity under any circumstances, unless they are introduced in this case or in connection with any adversary proceeding. Further, Ms. Tartell and the Tartell Group shall not use the documents or the content thereof to discuss, comment upon or disparage the Debtor or to interfere with his livelihood.

# # #

Case No.: 16-14992-AJC

**Submitted by:**

Jeffrey P. Bast, Esq.
Hayley G. Harrison, Esq.
BAST AMRON LLP
*Counsel for the Creditors*
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
Email:
Email: hharrison@bastamron.com

Copy furnished to:
Hayley G. Harrison, Esq.

Attorney Harrison shall serve copies of this Order on all interested parties and file a Certificate of Service.