UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No.: 16-14992-BKC-AJC
 Chapter 7

**RICHARD DAVID SHAN**

    Debtor.
_____/

CREDITORS' NOTICE OF POSTPONEMENT OF
RULE 2004 EXAMINATION OF RICHARD DAVID SHAN

**PLEASE TAKE NOTICE** that Bast Amron LLP as counsel for Creditors, Jodi Tartell ("Tartell"), Hallandale Village, LLC, Hallandale Crossings, LLC, Hallandale Beach Business Center, LLC, Jo-Ran Properties, LLC, Highland Park Ventures, LLC, 2648 Van Buren, LLC, Seventh Avenue Homes, LLC, and Interested Party, the Joan Geduld 2002 Family Irrevocable Trust Dated June 11, 2002 FBO Jodi Tartell, (collectively referred to herein as the "Creditors"), through counsel, hereby gives notice that the Rule 2004 Examination of Richard David Shan scheduled for Tuesday, November 1, 2016 starting at 1:30 p.m. is being postponed by agreement with the Trustee and the Debtor.

    Respectfully submitted,

    BAST AMRON LLP
    *Counsel for the Creditors*
    SunTrust International Center
    One Southeast Third Avenue, Suite 1400
    Miami, Florida 33131
    Telephone: 305.379.7904
    Facsimile: 305.379.7905
    Email: jbast@bastamron.com
    Email: hharrison@bastamron.com

    By:/s/ *Hayley G. Harrison*
        Jeffrey P. Bast, Esq. (FBN 996343)
        Hayley G. Harrison, Esq. (FBN 105157)

Case No. 16-14992-BKC-AJC

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system where available, and via U.S. Mail upon the parties listed below this 31st day of October, 2016.

                                                                   /s/ Hayley G. Harrison
                                                                   Hayley G. Harrison, Esq.

## VIA CM/ECF

Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com
Connie J Delisser    cdelisser@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com
Linda W Jackson    jackson@salazarjackson.com, Salazar@SalazarJackson.com;Cloyd@SalazarJackson.com;Aguilar@SalazarJackson.com;Davila@SalazarJackson.com;Lee-Sin@SalazarJackson.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Joshua D Silver    jsilver@tabasfreedman.com, jcepero@tabasfreedman.com
Jeffrey R Sonn    jsonn@sonnerez.com
Joel L Tabas    JLT@tfsmlaw.com, kborrego@tabasfreedman.com;jtabas@ecf.epiqsystems.com
Joel L Tabas    jtabas@tabasfreedman.com, jcepero@tabasfreedman.com;kborrego@tabasfreedman.com

## VIA U.S. Mail

Marcelo Avila
4701 SW 51 St
Davie, FL 33314